Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Max C. Liss, for appellant. Jacob Brisgall and Sidney B. Meyer, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**M. T. McManus, appellant, v. William B. Wheeler, appellee. Gen. No. 26,952.**

Action to recover for professional services as an attorney. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1921. Reversed. Opinion filed January 23, 1922.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. C. W. Larsen and K. B. Czarnecki, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Adams Express Company, petitioner, v. William N. Gemmill, Judge of Municipal Court, respondent. Gen. No. 26,963.**

Petition for mandamus to compel a municipal court judge to sign, seal and file a correct bill of exceptions. Petition in the Appellate Court for writ of mandamus to the Municipal Court of Chicago. Writ awarded and demurrer sustained to answer in action in which sought. Heard in this court at the March term, 1921. Demurrer sustained. Opinion filed January 23, 1922.

Charles B. Elder, for appellants. William N. Gemmill, *pro se.* Mitchell Dawson, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**The Foundation Company, appellant, v. Adapt Machinery Company, appellee. Gen. No. 26,812.**

Action to recover money paid by plaintiff under the Workmen's Compensation Act for the death of plaintiff's employee alleged to be due to defendant's negligence. Judgment of *nil capiat* on a verdict for defendant. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Zimmerman, Mack & Garrett, for appellant. Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**J. G. O'Kelly, appellant, v. D. C. James Manufacturing Company, appellee. Gen. No. 26,851.**

Suit to recover royalties for the right to manufacture and sell a patented article under a contract assigned to defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922. Rehearing denied February 6, 1922.

Timothy J. Fell, for appellant; Hermann P. Haas, of counsel. Charles L. Mahony, for appellee.

Mr. Justice McSurely delivered the opinion of the court.